LOCAL BANKRUPTCY FORM 9074-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Wayne Gregory Little

: CHAPTER __13__
: CASE NO. _5_-_20_-bk-_00023_

**Debtor(s)**

Wayne Gregory Little
110 Snowshoe Drive
Dingmans Ferry, Pa.
18328

: ADVERSARY NO. __-__-ap-_____
: (if applicable)

**Plaintiff(s)/Movant(s)**
vs.

Midfirst Bank

: Nature of Proceeding: Motion
: Pleading: Objection

**Defendant(s)/Respondent(s)**

: Document #: _____

## CERTIFICATION OF CONCURRENCE FOR TELEPHONIC TESTIMONY VIA COURTCALL

*(Certification must be received at least 2 business days before the scheduled hearing. If a certification cannot be filed timely, leave to provide telephonic testimony must be obtained from the Court.)*

**1. HEARING INFORMATION**

Hearing Type (e.g., Motion to Dismiss, Trial) __Motion for Relief from Automatic Stay__

Hearing Date __May 20, 2020__   Hearing Time __9:30 am__

**2. WITNESSES SCHEDULED TO PROVIDE TELEPHONIC TESTIMONY**

3. I hereby certify that all parties participating in the above-described hearing have concurred in the telephonic appearance of the witness(es) set forth in paragraph 2 above.

__May 18, 2020__                         _/s/ W. Little_
Date                                     Signature of certifying attorney or pro se party

                                         Wayne Gregory Little
                                         Name of attorney or pro se party

**Cindy Boyle**

---

| | |
|---|---|
| From: | pambml_automation@pamb.uscourts.gov on behalf of PAMB <rick_thompson@pamb.uscourts.gov> |
| Sent: | Monday, May 18, 2020 1:00 PM |
| To: | PAMBml_fax |
| Subject: | EDSS filing from WAYNE GREGORY LITTLE  for   on Monday, May 18, 2020 - 12:59 |

Submitted on Monday, May 18, 2020 - 12:59 Submitted by user: Anonymous Submitted values are:

Filer's Name: WAYNE GREGORY LITTLE
Debtor's name (if different):
Filer's EMail Address: grease_monkey18328@yahoo.com Filer's Phone Number: 813-599-1991
Case number (if known): 5:20-bk-00023-RNO
  ==Documents==
   Document 1:

http://www.pamb.uscourts.gov/sites/default/files/webform/edss/BANKRUPTCY%20FORM%209074-1.pdf
    Document description: Bankruptcy form 9074-1
     ==More Documents==
      Document 2:
      Document 2 description:
      Document 3:
      Document 3 description:
      Document 4:
      Document 4 description:
      Document 5:
      Document 5 description:

By entering my name in the box below, I affirm that I am intending to sign this form with my signature and consent to use this electronic form.: WAYNE GREGORY LITTLE

1

Case 5:20-bk-00023-RNO    Doc 56    Filed 05/18/20    Entered 05/18/20 13:25:44    Desc
Main Document      Page 2 of 2